GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

MAY 1 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00354-PHX-JJT (JZB) |
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | |
| Anthony Aaron Manuel, | VIO: 18 U.S.C. §§ 1153, 2241(c) and 2246 |
| Defendant. | (CIR-Aggravated Sexual Abuse) Count 1 |

**THE GRAND JURY CHARGES:**

On or about December 22, 2020, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, ANTHONY AARON MANUEL, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe, a child under the age of 12. The sexual act involved the penetration, however slight, of the victim's genital opening by defendant's finger(s) with the intent to abuse, humiliate, harass, degrade and arouse and gratify the sexual desires of any person.

1 | In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

A TRUE BILL

s/

_____
FOREPERSON OF THE GRAND JURY
Date: May 11, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
_____
THOMAS SIMON
Assistant U.S. Attorney